

# NUMBER 13-17-00144-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

SUBSEA 7 PORT ISABEL, LLC,                                           **Appellant,**

**v.**

PORT ISABEL LOGISTICAL
OFFSHORE TERMINAL, INC.,                                      **Appellee.**

---

### On appeal from the 107th District Court
### of Cameron County, Texas.

---

# ORDER

### Before Justices Rodriguez, Contreras, and Hinojosa
### Order Per Curiam

This cause is before the Court on appellant/cross-appellee Subsea 7 Port Isabel, LLC's motion to strike the response brief of appellee/cross-appellant Port Isabel Logistical Offshore Terminal, Inc. (PILOT) and on PILOT's response to Subsea 7's motion to strike, which includes an alternative motion to either exceed the word limit of its brief or to file

amended briefs. Also before the Court are Subsea 7's reply in support of its motion to strike, which includes a response to PILOT's alternative motion, PILOT's amended reply to Subsea 7's response to PILOT's alternative motion, and PILOT's second reply to Subsea 7's motion to strike and to Subsea's response to PILOT's alternative motion.

The Court, having examined and fully considered the documents on file in this appeal and cross-appeal, is of the opinion that Subsea 7's motion to strike PILOT's response brief should be denied. Nonetheless, without addressing the alleged silence of rule 9.4 as to the aggregate word count limit in cross-appeals, PILOT has, in its brief and response, exceeded the 27,000 aggregate word count of all briefs filed by a party by 1,493 words. *See* TEX. R. APP. P. 9.4(i)(2)(B) ("[T]he aggregate of all briefs filed by a party must not exceed 27,000 words if computer-generated . . . ."). Pursuant to rule 9.4(i)(4), we grant PILOT's alternative motion to exceed the word count limit for its brief and response by that amount. *See id.* 9.4(i)(4) ("A court may, on motion, permit a document that exceeds the prescribed limit."). Furthermore, we grant PILOT's motion to the extent it seeks a 7,500 word limit for a reply brief filed in this cause.

Subsea 7's motion to strike PILOT's response brief is DENIED. PILOT's motion to exceed the word count limit for its brief by 1,493 words and to file a reply brief with a 7,500 word limit is GRANTED.

PER CURIAM

Delivered and filed the
16th day of March, 2018.